UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Patricia A. Barrett,

      Plaintiff,

   v.

Aon Corporation, Combined
Insurance Company of America,

      Defendants.

Civil No. 05-86HA

JUDGMENT

   Based upon the record,

   IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

   Dated this   17   day of March, 2005.

                                  /s/Ancer L. Haggerty
                                ANCER L. HAGGERTY
                                U.S. District Judge